### In the Matter of LISA H.

### No. 83–215–M.P.

Supreme Court of Rhode Island.

April 25, 1983.

William F. Reilly, Public Defender, Stephen Bridge, Asst. Public Defender, for petitioner.

Dennis J. Roberts II, Atty. Gen., for respondent.

## ORDER

This case comes before the court on a petition for writ of habeas corpus wherein petitioner challenges her present placement at the Rhode Island Training School. After careful consideration of this matter, we hereby grant the petition for writ of habeas corpus and direct that the Department of Children and Their Families find an alternative placement for petitioner other than the Rhode Island Training School forthwith.

Weisberger, J., did not participate.